UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-605-FDW

| ANDREA D. PRINCE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion to Change Venue. (Doc. No. 10). Under 42 U.S.C. § 405(g), a social security claimant may seek judicial review of a final administrative decision "in the district court of the United States for the judicial district in which the plaintiff resides, or has his principal place of business." 42 U.S.C. § 405(g) (2018). Here, Plaintiff's complaint states that she lives in Concord, which is in Cabarrus County. Cabarrus County is located in the Middle District of North Carolina.

The Court notes that Plaintiff has not opposed the motion or otherwise made a showing that venue in this district is proper. Therefore, the Court hereby GRANTS Defendant's Motion to Change Venue, (Doc. No. 10), and pursuant to 28 U.S.C. § 1404, the Court ORDERS that this case be transferred to the Middle District of North Carolina.

IT IS SO ORDERED.

Signed: March 25, 2019

Frank D. Whitney
Chief United States District Judge